MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
E-mail: gpimstone@manatt.com
KATE M. HAMMOND (Bar No. CA 293433)
E-mail: KHammond@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:     310.312.4224

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. CA 221055)
E-mail: jlaska@manatt.com
JOANNA L. ALLEN (Bar No. CA 251876)
E-mail: JLAllen@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, California  94111
Telephone:    415.291.7400
Facsimile:     415.291.7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, erroneously sued as the fictitious entity BLUE SHIELD OF CALIFORNIA

DL LAW GROUP
DAVID M. LILIENSTEIN (Bar No. 218923)
Email: david@dllawgroup.com
KATIE J. SPIELMAN (Bar No. 252209)
Email: katie@dllawgroup.com
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile:  (415) 538-8484

Attorneys for Plaintiff
DOUGLAS K.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K.,<br><br>                    Plaintiff,<br><br>         v.<br><br>BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10,<br><br>                    Defendants. | Civil Action No. 4:20-cv-08145-HSG<br><br>**STIPULATION REGARDING THE BRIEFING SCHEDULE; [PROPOSED] ORDERS** |

Per the Court's March 10, 2021 order (Dkt. No. 19), Plaintiff Douglas K. ("Plaintiff") and Defendant California Physicians' Service dba Blue Shield of California ("Defendant") stipulate to the following further expedited case schedule:

1. Plaintiff's opening motion for judgment will be due July 1, 2021;
2. Defendant's cross motion for judgment/opposition will be due July 22, 2021;
3. Plaintiff's reply/opposition to the cross motion for judgment will be due August 12, 2021;
4. Defendant's reply will be due September 2, 2021; and
5. The Rule 52 hearing will be set for October 8, 2021 at 11:00 a.m.

IT SO STIPULATED.

Defendant also respectfully requests that the Court permit the parties to simultaneously file response letters briefs, no more than five pages each, regarding the standard of review, a week after the initial briefs are due, on May 6, 2021. Plaintiff opposes Defendant's request on the basis that it contradicts the Court's instructions at the case management conference (Dkt. 19). Consequently, the parties are submitting two separate proposed orders.

Dated: March 16, 2021          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Joanna L. Allen
Joanna L. Allen
Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE
DBA BLUE SHIELD OF CALIFORNIA,
erroneously sued as the fictitious entity
BLUE SHIELD OF CALIFORNIA

Dated: March 16, 2021          DL LAW GROUP

By:/s/ Katie J. Spielman
David L. Lilienstein
Katie J. Spielman
Attorneys for Plaintiff
DOUGLAS K.

**ATTESTATION**

Under Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 16, 2021                         MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Joanna L. Allen
    Joanna L. Allen
    Attorneys for Defendant
    CALIFORNIA PHYSICIANS' SERVICE
    DBA BLUE SHIELD OF CALIFORNIA,
    erroneously sued as the fictitious entity
    BLUE SHIELD OF CALIFORNIA

**ORDER**

The Court having considered the Stipulation to the Briefing Schedule submitted by Plaintiff Douglas K. ("Plaintiff") and Defendant California Physicians' Service dba Blue Shield of California ("Defendant") and finding good cause exists orders that:

1. Plaintiff's opening motion for judgment will be due July 1, 2021;
2. Defendant's cross motion for judgment/opposition will be due July 22, 2021;
3. Plaintiff's reply/opposition to the cross motion for judgment will be due August 12, 2021;
4. Defendant's reply will be due September 2, 2021; and
5. The Rule 52 hearing will be set for October 8, 2021 at 11:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   3/17/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge