| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | GREGORY N. PIMSTONE (Bar No. CA 150203) |
| 2 | E-mail: gpimstone@manatt.com |
| | KATE M. HAMMOND (Bar No. CA 293433) |
| 3 | E-mail: khammond@manatt.com |
| | 2049 Century Park East, Suite 1700 |
| 4 | Los Angeles, California 90067 |
| | Telephone: 310.312.4000 |
| 5 | Facsimile: 310.312.4224 |

JOSEPH E. LASKA (Bar No. CA 221055)
E-mail: jlaska@manatt.com
JOANNA L. ALLEN (Bar No. CA 251876)
E-mail: jlallen@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: 415.291.7400
Facsimile: 415.291.7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, erroneously sued as the fictitious entity BLUE SHIELD OF CALIFORNIA

DL LAW GROUP
DAVID M. LILIENSTEIN (Bar No. 218923)
Email: david@dllawgroup.com
KATIE J. SPIELMAN (Bar No. 252209)
Email: katie@dllawgroup.com
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 538-8484

Attorneys for Plaintiff
DOUGLAS K..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K., | Case No. 4:20-cv-08145-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10, | Complaint filed: November 19, 2020 |
| Defendants. | |

The Court having considered the Stipulation to Dismiss Entire Action with Prejudice submitted by Plaintiff Douglas K. and Defendant California Physicians' Service dba Blue Shield of California and finding good cause exists orders that:

1. The above-captioned action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/22/221

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
CASE NO. 4:20-CV-08145-HSG

- 1 -

Manatt, Phelps & Phillips, LLP
Attorneys at Law
San Francisco